Pro Se 11 (Rev. 12/16) Third–Party Complaint

L/N

# UNITED STATES DISTRICT COURT

for the

Central District of California ▼

Western Division

| | | |
|---|---|---|
| David Martinez dba Five Star Tax Service "See Attached" | ) ) ) ) | Case No. 2:22-CV-02837-MEMF-JCx |
| *Plaintiff(s)* *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) | *(to be filled in by the Clerk's Office)* Jury Trial: *(check one)* ☑Yes ☐ No |
| –v– | ) ) | |
| Five Star & Socius Inc, et al "See Attached" | ) ) ) ) ) | |
| *Defendant, Third–party plaintiff(s)* *(Write the full name of each defendant/third–party plaintiff. If the names of all the defendants/third–party plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) ) | |
| –v– GTS Franchising LLC, GTS Franchise LLC dba My Gateway Tax Service "See Attached" | ) ) ) ) | |
| *Third–party defendant(s)* *(Write the full name of each third–party defendant. If the names of all the third–party defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) | |

## THIRD – PARTY COMPLAINT

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | David Armando Martinez "Pro Se" |
| Street Address | 2316 Gatewood St |
| City and County | Los Angeles |
| State and Zip Code | California |
| Telephone Number | 3234944400 |
| E-mail Address *(if known)* | mrfivestar@outlook.com |

**B.      The Defendant(s)/Third–Party Plaintiff(s)**

Provide the information below for each defendant/third–party plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Five Star & Socius Inc, Five Star Tax Service LLC  (Third Plaintiff) |
| Street Address | 2316 Gatewood St |
| City and County | Los Angeles |
| State and Zip Code | California, 90031 |
| Telephone Number | 3234944400 |
| E-mail Address | mrfivestar@outlook.com |

**C.      The Third–Party Defendant(s)**

Provide the information below for each third–party defendant named in the complaint, whether the third–party defendant is an individual, a government agency, an organization, or a corporation.  For an individual third–party defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Third–Party Defendant No. 1

| | |
|---|---|
| Name | GTS Franchising LLC |
| Job or Title *(if known)* | |
| Street Address | 11200 Crenshaw Blvd |
| City and County | Inglewood |
| State and Zip Code | California, 90303 |
| Telephone Number | 3237576900 |
| E-mail Address *(if known)* | plover@gatewaytaxservice.com |

Third–Party Defendant No. 2

| | |
|---|---|
| Name | GTS Franchise LLC |
| Job or Title *(if known)* | |
| Street Address | 11200 Crenshaw Blvd |
| City and County | Inglewood |
| State and Zip Code | California, 90303 |
| Telephone Number | 3237576900 |
| E-mail Address *(if known)* | ruth@gatewaytaxservice.com |

Third–Party Defendant No. 3

| | |
|---|---|
| Name | Henock Teferi |
| Job or Title *(if known)* | Managing Partner - Owner |
| Street Address | 26823 Springcreek Rd |
| City and County | Rancho Palos Verdes |
| State and Zip Code | CA 90275 |
| Telephone Number | 3108092576 |
| E-mail Address *(if known)* | kenny@gatewaytaxservice.com |

Third–Party Defendant No. 4

| | |
|---|---|
| Name | Sirak Ambaye Petros |
| Job or Title *(if known)* | Managing Partner - Owner |
| Street Address | 13488 Maxella Ave #505 |
| City and County | Marina Del Rey |
| State and Zip Code | CA 90292 |
| Telephone Number | 3147802100 |
| E-mail Address *(if known)* | zak@gatewaytaxservice.com |

## II.    Initial Complaint

A.    Identify the initial complaint filed against you and the date it was filed.  Describe the events that gave rise to the plaintiff's complaint, the nature of the claims asserted, and the relief sought.  Attach the complaint as an exhibit.
Initial Complaint filed 01/23/2019 case# 19trcv00080 .. Case is still active and did not obey court procedures .. Lawsuit was a frivolous claim to tort & personal injury to interfere with my business by falsly claiming actions & confidentiality agreements not legaly binning in california.

B.    State whether you have filed an answer to the complaint and, if so, briefly summarize what admissions or denials that answer asserted.  Attach the answer as an exhibit.
I have answered and complied with basis to plaintiff and courts requests. However, the case and plaintiff have ghosted final court procedures.

## III.    Third–Party Complaint

A.    Describe the nature of the relationship between you and the third–party defendant.  Attach any contracts or documents showing the nature of the relationship.

Defence Counsel and Hanwei Cheng esq (GTS Counsel) linked Five Star Tax Service LLC to a second complaint irrelevant to there initial filing. Secondly, hanwei cheng directed to deposit settlement funds by wire transfer to Partnership Business Account or Five Star Tax Servie LLC holdings account for which fradulent activity occured and not intended for David Martinez as sole propietor.

B.    Explain why, if the plaintiff received any judgment against you, you will be entitled to judgment against the third–party defendant for contribution to or indemnification for the amount of damages and costs awarded to the plaintiff. Include the percentage of the plaintiff's recovery that the third–party defendant will be required to contribute. Describe the facts, or relevant provisions of state law, that demonstrate you are entitled to collect from the third–party defendant.

Plaintiff did not receive judgement but was compensated by Insurance carrier equating $10,000 that should have not been released.
David Martinez dba Five Star Tax Service is indemnified and due costs & contributions by plaintiff & third party plaintiff are subject for challenge & recovery in court.
Third Party Defence is equally 100% responsible and required to contribute in recovery.
Documents from henock connect trademark filed for third party defendent as a result equally binding.

## IV.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            04/28/2022

Signature of Defendant/Third–Party Plaintiff
Printed Name of Defendant/Third–Party Plaintiff        David Armando Martinez, Five Star & Socius Inc

B.    **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

DENNIS L. PEREZ, ESQ., State Bar No. 106555
CORY STIGILE, ESQ., State Bar No. 235869
HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: perez@taxlitigator.com
stigile@taxlitigator.com

Attorneys for Defendants
HENOCK TEFERI, RUTH BERHANE, PLOVER FINIANCIAL SERVICES,
LLC (dba Instant Tax Service)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 13-1052-MWF (Ex) |
| Plaintiff, | CERTIFICATE OF COMPLIANCE OF DEFENDANTS HENOCK TEFERI, RUTH BERHANE, PLOVER FINANCIAL SERVICES, LLC |
| vs. | |
| HENOCK TEFERI, RUTH BERHANE, PLOVER FINIANCIAL SERVICES, LLC (dba Instant Tax Service), | |
| Defendants. | |

The undersigned hereby certify, under penalty of perjury, that they complied with the requirements set forth in Paragraphs IX and X of the Order of Permanent Injunction against Henock Teferi, Ruth Berhane, and Plover Financial Services LLC dated February 21, 2013.

Dated: 5 / 6 / 13

HENOCK TEFERI
Defendant

Dated: 5/6/13

RUTH BERHANE
Defendant

Dated: 5 / 6 / 13

PLOVER FINANCIAL SERVICES LLC
Defendant

*Left margin (vertical):* HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.

Dated: May 6, 2013

Respectfully submitted,

HOCHMAN, SALKIN, RETTIG,
TOSCHER & PEREZ, P.C.

By:   /s/ Dennis L. Perez
DENNIS L. PEREZ
(CA Bar No. 106555)

/s/ Cory Stigile
CORY STIGILE
(CA Bar No. 235869)

Hochman, Salkin, Rettig,
Toscher & Perez, P.C.
9150 Wilshire Boulevard,
Suite 300
Beverly Hills, CA 90212

Counsel for Defendants

561569

**2**
CERTIFICATE OF COMPLIANCE

 **CHENG LAW FIRM**

15155 Gale Avenue, Suite D
Hacienda Heights, California 91745

Hanwei Cheng, Esq.
hcheng@chenglawfirm.com
(619) 804-7321

## CEASE AND DESIST DEMAND

January 10, 2019

*Sent by Email and Certified Mail*

David Martinez
2315 Gatewood Street
Los Angeles, CA 90031
 *martineztax13@gmail.com*
 *david@fivestartaxservice.com*

Sharonn Davis
14862 Ann Drive
Victorville, CA 92394
 *sharonn_davis@yahoo.com*
 *sharonn@fivestartaxservice.com*

Five Star Tax Service
2316 Gatewood Street
Los Angeles, CA 90031

Dear Mr. Martinez and Ms. Davis:

Please be advised that this firm represents GTS Franchising, LLC d/b/a Gateway Tax Service ("Gateway"), in regards to the improper and illegal solicitation of Gateway's clients by you and Five Star Tax Service ("Five Star") in violation of the Confidentiality and Non-Compete Agreements ("Confidentiality Agreements") entered into by you and Gateway, as well as your misappropriation of Gateway property, including but not limited to, office furniture, computer equipment, and over $8,500 in client fees and paycheck advances.

As you are well aware, Gateway maintains a client list for its tax preparation business. The client list is a compilation of information gathered over many years and contains detailed confidential personal and financial information of Gateway's clients. The client list carries significant economic value. Your misappropriation and use of Gateway's client list has caused, and will continue to cause, Gateway significant economic damages.

In addition, Gateway discovered you stole office furniture and computer equipment which belonged to Gateway and are currently using such furniture and computer equipment to operate Five Star. Gateway has since discovered that Mr. Martinez knowingly and intentionally failed to submit monies received from clients as payment for services rendered by Gateway. Mr. Martinez also, knowingly and intentionally, took an advance on his paycheck which was never earned and/or returned. Mr. Martinez intentionally took the advance with knowledge that he would not return to work for Gateway to earn such money. Gateway believes over $8,500 were wrongfully obtained and should be returned.

Martinez, Dave
Davis, Sharonn
Page 2 of 2

This letter serves as notice that you are required to immediately cease and desist any use of Gateway's client list and return any and all property to Gateway, including desks, chairs, office furniture, computer equipment, as well as the $8,500 owed to Gateway in services and paycheck advances and any other monies owed to Gateway.

Ignoring this demand could subject you to liability for, among other things, Misappropriation of Trade Secrets, Fraud, Breach of Contract, and Violations of California Business and Professions Codes §§ 17200, et seq.,

Plaintiff could be entitled to compensatory damages, punitive damages, disgorgement of all of Five Star's earnings, as well as attorney's fees if it were to prevail in litigation.

At this time, Gateway demands that you and Five Star, as well as any representatives or agents of either you or Five Star:

1) Immediately cease soliciting and contacting any of Gateway's clients or employees;
2) Immediately cease using Gateway's client lists or employee lists in any manner;
3) Return any and all client lists and employee lists obtained or taken from Gateway as a result of your employment at Gateway;
4) Destroy all copies of client lists and employee lists in your possession which you obtained during your employment at Gateway;
5) Destroy any and all files or information in your possession which you received as a result of your employment at Gateway;
6) Return any and all materials or information that belongs to Gateway;
7) Return any and all office equipment and computer equipment taken from Gateway; and
8) Pay $8,500 to Gateway in the form of cash, money order, or cashier's check.

If you do not agree to such terms, we shall take any and all actions necessary to remedy the situation, including, but not limited to, filing a complaint against you for *Misappropriation of Trade Secrets, Intentional Interference with Prospective Economic Advantage; Breach of Contract; and Violation of Business & Professions Codes §17200, et seq*. Enclosed is a draft of a Complaint for Damages Gateway is prepared to file against you and Five Star.

If you do not respond on or before **Friday, January 11, 2019**, we will presume you are not interested in resolving this claim and will file the attached Complaint for Damages immediately. You can contact me directly at (619) 804-7321 or email me at hcheng@chenglawfirm.com.

Sincerely,

Hanwei Cheng

*Enclosure*



1.877.513.1040
www.gatewaytaxservice.com

Federal ID Number 47-5551576
October 15,, 2021

We are responding to a request that we confirm
Forms 1099-MISC issued to David Martinez.

In 2018, GTS Franchising LLC ("GTS") paid nonemployee
compensation to Mr. Martinez. Initially, GTS reported
nonemployee compensation of $42,303 on an original
Form 1099-MISC. Subsequently, GTS filed a corrected
Form 1099-C reporting to Mr. Martinez nonemployee
compensation of $34,903.
GTS in 2018 did not pay or report any additional
nonemployee compensation or other
income to Mr. Martinez. The Forms 1099-MISC that GTS
filed with respect to Mr. Martinez
consisted solely of an original Form 1099-MISC
reporting nonemployee compensation of
$42,303 and a corrected Form 1099-MISC reporting
nonemployee compensation of $34,903.
We understand that the IRS Transcripts of Mr.
Martinez' account with the Agency
apparently reference additional Forms 1099-MISC
reporting additional nonemployee
compensation paid to him by GTS. We consent to this
confirmation of no such additional
compensation or filings being provided to the IRS if
the representatives of Mr. Martinez consider
it necessary to eliminate the apparent duplications
in his tax transcripts.

Henock "Kenny" Teferi
[Name of Signing Officer]

Managing Partner
[Title of Signing Officer]


**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

Michael J. Grace
2112 Pennsylvania Avenue NW, Suite 500
Washington, DC 20037
Michael.Grace@lewisbrisbois.com
Direct: 202.558.0666

September 17, 2021

File No. 30841-599

Department of the Treasury
IRS Submission Processing Center
1973 North Rulon White Boulevard
Ogden, UT 84201

    Re:    David A. Martinez
            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
            **Request to Correct Transcript**

Dear Sir or Madam:

    We are writing in behalf of David A. Martinez, taxpayer identification number above. Mr. Martinez has asked us to contact the IRS about errors in his Wage and Income Transcript for tax year 2018. We enclose our Power of Attorney on Form 2848 by which Mr. Martinez has authorized us to contact you about this matter.

    **Nature of Transcript Errors**

    The Transcript records multiple Forms 1099-MISC never issued to Mr. Martinez. These erroneous recordings appear to have resulted from inadvertent administrative errors in entering data.

    We next will describe the actual Forms 1099-MISC involved and the errors in the Transcript.

    **Actual Form 1099-MISC**

    For tax year 2018, Mr. Martinez received two Forms 1099-MISC. Initially, Mr. Martinez received a Form 1099-MISC reporting nonemployee compensation of $42,303. The Transcript correctly records this original Form 1099.

    Subsequently, Mr. Martinez received a CORRECTED Form 1099-MISC reporting miscellaneous income characterized as past year NEC of $34,903. The Transcript correctly records this CORRECTED Form 1099-MISC.

    With this letter we enclose both the original Form 1099 and the CORRECTED Form 1099.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA • OHIO
OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4833-2462-0539.1

Department of the Treasury
September 17, 2021
Page 2

**Erroneous Duplicative Entries**

The Transcript also reports four (4) additional Forms 1099-MISC.  Each erroneous entry characterizes the Form as an "Original Document" but in the amount ($34,903) appearing on the CORRECTED Form 1099-MISC that Mr. Martinez actually received.

Mr. Martinez has never received any such additional Forms 1099-MISC.  These Forms appear to have been recorded on the Transcript through inadvertent administrative error.  By recording these additional Forms, the Transcript distorts Mr. Martinez' Individual Master File account.

**Requests**

We ask that the IRS address these errors in two ways.  First, correct the Transcript by deleting from it the erroneous, duplicative, never issued Forms 1099-MISC.  Second, confirm to us that the IRS has corrected the Transcript.

**Follow-up and Contact Information**

Should this request raise any questions or should you wish to follow up in any way, you may contact me at (202) 558-0666.  Thank you for processing this request.

Very truly yours,

Michael J. Grace of
LEWIS BRISBOIS BISGAARD & SMITH LLP

MJG:JDP
Enclosures:     Power of Attorney Form 2848
                Original Form 1099-MISC
                CORRECTED Form 1099-MISC
                Wage and Income Transcript (Markup)

---

LEWIS BRISBOIS BISGAARD & SMITH LLP
www.lewisbrisbois.com

4833-2462-0539.1

**Combined Tax Statement for Forms 1098, 1099, 5498 for Tax Year 2018**

NAME, ADDRESS AND FEDERAL I.D. NO.

GTS FRANCHISING LLC
100 CRENSHAW BLVD
INGLEWOOD CA 90303

CUSTOMER NAME, ADDRESS

DAVID MARTINEZ
2316 GATEWOOD ST
LOS ANGELES CA 90031-1105

CUSTOMER
SERVICE PHONE # 314-780-2100

FEDERAL
I.D. NO.  47-5551576

2803-01-00-0000888-0001-0000989

| ACCOUNT NUMBER (see instructions) | ACCOUNT TYPE | IRS DESCRIPTION | IRS BOX # | AMOUNT |
|---|---|---|---|---|
| | | * * * 2018 FORM 1099-MISC, MISCELLANEOUS INCOME * * * | | |
| 475551576613462702A | | NONEMPLOYEE COMPENSATION | 7 | 42303.00 |

(keep for your records)

TAXPAYER I.D. NO.
XXX-XX-2702

DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE



GTS FRANCHISING LLC
11200 CRENSHAW BLVD
INGLEWOOD CA 90303

FIRST-CLASS MAIL
U.S. POSTAGE PAID
LOGAN, UT
PERMIT NO. 431

**IMPORTANT TAX RETURN DOCUMENT ENCLOSED**

0000888      01 AB 0.409 **AUTO  H# 1 2803 90031-110516   -C01-P00000-i

DAVID MARTINEZ
2316 GATEWOOD ST
LOS ANGELES CA 90031-1105

3/3/2021                                          GTS Franchising LLC

GTS Franchising LLC
11200 CRENSHAW BLVD
11200 CRENSHAW BLVD
INGLEWOOD, CA 90303

**Instructions for Recipients**

Recipient's taxpayer identification number (TIN). For your protection, this form may show only the last four digits of your SSN, ITIN, ATIN, or EIN. However, the payer has reported your complete TIN to the IRS. Account number. May show an account or other unique number the payer assigned to distinguish your account.

FATCA filing requirement. If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You may also have a filing requirement. See the Instructions for Form 8938.

Amounts shown may be subject to self-employment (SE) tax. If your net income from SE is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040 or 1040-SR). See Pub. 334 for more information. Note: If you are still receiving payments on which no income, social security, and Medicare taxes are withheld, you should make estimated tax payments. See Form 1040-ES (or Form 1040-ES-NR), individuals must report these amounts as explained in the box 14 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

Form 1099-MISC incorrect? If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

| Important Tax Return Document Enclosed |
David MARTINEZ
2316 GATEWOOD STREET
LOS ANGELES, CA 90031

-------------------- Fold --------------------

**--- Corrected Form---**

| PAYER'S name, street address, city, state and ZIP code | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| GTS Franchising LLC<br>11200 CRENSHAW BLVD<br>11200 CRENSHAW BLVD<br>INGLEWOOD, CA 90303<br>3237576900 | 2 Royalties | 2018<br>1099-MISC-V20 | |
| | 3 Other Income | 4 Fed income tax withheld | Copy B<br>For Recipient |
| PAYER'S Federal Tax ID<br>475551576 | RECIPIENT'S identification No.<br>XXX-XX-2702 | 5 Fishing boat proceeds | 6 Med & Health care pmts | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S Name and Address<br>David MARTINEZ<br>2316 GATEWOOD STREET<br>LOS ANGELES, CA 90031 | 7 Payer made direct sales of $5000 or more of consumer products to a buyer for resale | 8 Substitute payments in lieu of dividends or interest | |
| | 9 Crop insurance proceeds | 10 Gross proceeds paid to an attorney | |
| | Past Year NEC<br>34903 | 12 Section 409A deferrals | |
| | 13 Excess Golden Par Pmts | 14 Nonqualified deferred compensation | |
| Account Number | FATCA filing requirement | 15 State tax withheld | 16 State/Payer's state no. | 17 State income |

Form **1099-MISC**                                    Department of the Treasury - Internal Revenue Service

**Instructions for Recipients (Cont.)**

https://secure.wagefiling.com/Print3m2.asp                                    1/1

7/12/2021                                    20181099.JPG



### Internal Revenue Service
#### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

                            Request Date: 04-22-2020
                            Response Date: 04-22-2020
                            Tracking Number: 105523943056

                    Wage and Income Transcript

                    SSN Provided:  XXX-XX-2702
                    Tax Period Requested:  December, 2018

                            Form 1099-G

    Payer:
     Payer's Federal Identification Number (FIN):XXXXX4061
     STAT
     FRANCH

    Recipient:
     Recipient's Identification Number:XXX-XX-2702
     MART DAVI
     2316 G

    Submission Type:.........................................Original document
    Account Number (Optional):...............................XXXXXX456A
    ATAA Payments:...........................................0.00
    Tax Withheld:............................................0.00
    Taxable Grants:..........................................0.00
    Unemployment Compensation:...............................0.00
    Agricultural Subsidies:..................................0.00
    Prior Year Refund:.......................................$11.00
    Market gain on Commodity Credit Corporation loans repaid.0.00
    Year of Refund:..........................................201
    1099G Offset:.............Not Refund, Credit, or Offset for Trade or Business

                            Form 1099-MISC

    Payer:
     Payer's Federal Identification Number (FIN):XXXXX1576
     GTS
     11200

    Recipient:
     Recipient's Identification Number:XXX-XX-2702
     DAVI MART
     2316 G

    Submission Type:.........................................Original document
    Account Number (Optional):...............................XXXXXXXXXXXXXXXX702A
    Tax Withheld:............................................0.00
    Non-Employee Compensation:...............................$42,303.00
    Medical Payments:........................................0.00
    Fishing Income:..........................................0.00
    Rents:...................................................0.00
    Royalties:...............................................0.00
    Other Income:............................................0.00
    Substitute Payments for Dividends:.......................0.00
    Excess Golden Parachute:.................................0.00
    Crop Insurance:..........................................0.00
    Attorney Fees:...........................................0.00
    Foreign Tax Paid:........................................0.00
    Section 409A Deferrals:..................................0.00
    Section 409A Income:.....................................0.00
    Direct Sales Indicator:............................Not Direct Sales
    FATCA Filing Requirement:...........Box not checked no Filing Requirement
    Second Notice Indicator:...........................No Second Notice

                This Product Contains Sensitive Taxpayer Data

*Transcript correctly records original 1099-MISC* [handwritten]



# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06-03-2021
Response Date: 06-03-2021
Tracking Number: 100832047266

Wage and Income Transcript

SSN Provided:   XXX-XX-2702
Tax Period Requested:  December, 2018

Form 1099-G

Payer:
 Payer's Federal Identification Number (FIN):XXXXX4061
 STAT
 FRANCH

Recipient:
 Recipient's Identification Number:XXX-XX-2702
 MART DAVI A
 2316 G
Submission Type:............................................Original document
Account Number (Optional)................................XXXXXX4S6A
ATAA Payments:..............................................$0.00
Tax Withheld:...............................................$0.00
Taxable Grants:.............................................$0.00
Unemployment Compensation:..................................$0.00
Agricultural Subsidies:.....................................$0.00
Prior Year Refund:.........................................$11.00
Market gain on Commodity Credit Corporation loans repaid:...$0.00
Year of Refund:.............................................2017
1099G Offset:............Not Refund, Credit, or Offset for Trade or Business

Form 1099-MISC

Payer:
 Payer's Federal Identification Number (FIN):XXXXX1576
 GTS
 11200

Recipient:
 Recipient's Identification Number:XXX-XX-2702
 DAVI MART
 2316 G

Submission Type:............................................Original document  ⟵ *Transcript correctly records original 1099-MISC*
Account Number (Optional)................................XXXXXXXXXXXXXXX702A
Tax Withheld:...............................................0.00
Non-Employee Compensation:.............................$42,303.00
Medical Payments:...........................................0.00
Fishing Income:.............................................0.00
Rents:......................................................0.00
Royalties:..................................................0.00
Other Income:...............................................0.00
Substitute Payments for Dividends:..........................0.00
Excess Golden Parachute:....................................0.00
Crop Insurance:.............................................0.00
Attorney Fees:..............................................0.00
Foreign Tax Paid:...........................................0.00
Section 409A Deferrals:.....................................0.00
Section 409A Income:........................................0.00
Direct Sales Indicator:.........................Not Direct Sales
FATCA Filing Requirement:.............Box not checked no Filing Requirement
Second Notice Indicator:......................No Second Notice

Form 1099-MISC

Payer:
 Payer's Federal Identification Number (FIN):XXXXX1576
 GTS
 11200

Recipient:
 Recipient's Identification Number:XXX-XX-2702
 DAVI MART
 2316 G

Submission Type:............................................Amended document  ⟵ *Transcript correctly records Corrected 1099-MISC*
Account Number (Optional)...................................N/A
Tax Withheld:...............................................0.00
Non-Employee Compensation:.............................$34,903.00
Medical Payments:...........................................0.00
Fishing Income:.............................................0.00
Rents:......................................................0.00
Royalties:..................................................0.00
Other Income:...............................................0.00

```
Substitute Payments for Dividends:................................................0.00
Excess Golden Parachute:.........................................................0.00
Crop Insurance:..................................................................0.00
Attorney Fees:...................................................................0.00
Foreign Tax Paid:................................................................0.00
Section 409A Deferrals:..........................................................0.00
Section 409A Income:.............................................................0.00
Direct Sales Indicator:.......................................................Not Direct Sales
FATCA Filing Requirement:................Box not checked no Filing Requirement
Second Notice Indicator:......................................No Second Notice
```

```
                              Form 1099-MISC

Payer:
 Payer's Federal Identification Number (FIN):XXXXX1576
 GTS
 11200

Recipient:
 Recipient's Identification Number:XXX-XX-2702
 DAVI
 2316 G

Submission Type:................................................Original document
Account Number (Optional):.................................XXXXXXXXXXXXXXXX0459
Tax Withheld:....................................................................0.00
Non-Employee Compensation:.......................................................0.00
Medical Payments:................................................................0.00
Fishing Income:..................................................................0.00
Rents:...........................................................................0.00
Royalties:.......................................................................0.00
Other Income:..............................................................$34,903.00
Substitute Payments for Dividends:...............................................0.00
Excess Golden Parachute:.........................................................0.00
Crop Insurance:..................................................................0.00
Attorney Fees:...................................................................0.00
Foreign Tax Paid:................................................................0.00
Section 409A Deferrals:..........................................................0.00
Section 409A Income:.............................................................0.00
Direct Sales Indicator:.......................................................Not Direct Sales
FATCA Filing Requirement:................Box not checked no Filing Requirement
Second Notice Indicator:......................................No Second Notice
```

*Data entry error; no such 1099 issued*

```
                              Form 1099-MISC

Payer:
 Payer's Federal Identification Number (FIN):XXXXX1576
 GTS
 11200

Recipient:
 Recipient's Identification Number:XXX-XX-2702
 DAVI
 2316 G

Submission Type:................................................Original document
Account Number (Optional):.................................XXXXXXXXXXXXXXXX0460
Tax Withheld:....................................................................0.00
Non-Employee Compensation:.......................................................0.00
Medical Payments:................................................................0.00
Fishing Income:..................................................................0.00
Rents:...........................................................................0.00
Royalties:.......................................................................0.00
Other Income:..............................................................$34,903.00
Substitute Payments for Dividends:...............................................0.00
Excess Golden Parachute:.........................................................0.00
Crop Insurance:..................................................................0.00
Attorney Fees:...................................................................0.00
Foreign Tax Paid:................................................................0.00
Section 409A Deferrals:..........................................................0.00
Section 409A Income:.............................................................0.00
Direct Sales Indicator:.......................................................Not Direct Sales
FATCA Filing Requirement:................Box not checked no Filing Requirement
Second Notice Indicator:......................................No Second Notice
```

*Data entry error; no such 1099 issued*

```
                              Form 1099-MISC

Payer:
 Payer's Federal Identification Number (FIN):XXXXX1576
 GTS
 11200

Recipient:
 Recipient's Identification Number:XXX-XX-2702
 DAVI
 2316 G

Submission Type:................................................Original document
Account Number (Optional):.................................XXXXXXXXXXXXXXXX0463
Tax Withheld:....................................................................0.00
Non-Employee Compensation:.......................................................0.00
Medical Payments:................................................................0.00
Fishing Income:..................................................................0.00
Rents:...........................................................................0.00
Royalties:.......................................................................0.00
Other Income:..............................................................$34,903.00
Substitute Payments for Dividends:...............................................0.00
Excess Golden Parachute:.........................................................0.00
Crop Insurance:..................................................................0.00
```

*Data entry error; no such 1099 issued*



| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| ▇▇▇ | ▇▇▇ | 01082018 | $600.00 | ▇▇▇ | 1004 | 00007114 |





| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | 07022018 | $1913.00 | ▮▮▮▮ | 1126 | 00007114 |





| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---------|-----------|-----------|--------|---------|--------|----------------|
| ▮▮▮▮▮ | ▮▮▮▮▮ | 10012018 | $1500.00 | ▮▮▮▮▮ | 1135 | 00007114 |





| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| ▊▊▊▊ | ▊▊▊▊ | 02282018 | $150.00 | ▊▊▊▊ | 5409 | 00010064 |



GATEWAY TAX SERVICE
1000 CRENSHAW BL
INGLEWOOD, CA 90000
323.757.5900

WELLS FARGO
11-34/1230

5409

DATE   02/15/2018

PAY TO THE ORDER OF   David Martinez          $  **150.00

One hundred fifty and 00/100********************************************   DOLLARS

David Martinez

VOID AFTER 90 DAYS

MEMO
contest payout

⑆005409⑆ ⑈ ▊▊▊▊▊▊▊▊▊▊▊



| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | 01082018 | $100.00 | ▮▮▮▮ | 5349 | 00007114 |





8/14/2021

Five Star Tax Service Mail - Tax Return Document - Form 1099



# Tax Return Document - Form 1099
7 messages

**David A Martinez** <david@fivestartaxservice.com>

David A Martinez <david@fivestartaxservice.com>
To: zak@gatewaytaxservice.com
Cc: plover@gatewaytaxservice.com

Thu, Mar 14, 2019 at 5:21 PM

Hello Zak,

I hope all is well. First and foremost thank you for issuing a 1099-Misc form to substantiate compensation earned in 2018. However, the reason to my email is to kindly request for either yourself or GTS Franchising LLC to review and consolidate the year end total that you guys have reported for income that i earned in 2018. Based on my records and copies of checks your total year to date is incorrect.
Therefore, I have contacted the IRS and have told them about the discrepancy in my tax document provided by you, they have advised for me to allow you and GTS Franchising the opportunity to review and provide me a corrected 1099.

*Please note, if you cannot assist me i will have to submit a statement attached with your 1099 and my income tax return & properly report my calculation of my total 2018 earnings. This will open and submit a claim/request to the IRS to investigate and review the discrepancy in my calculation and it will direct them to review your calculation so that they can come to a decision.*

Thank you for understanding, i look forward to compliance in the matter.

If you have any questions or concerns please do not hesitate to contact me as long as it only pertains to my income earned in 2018. My cell number is (323)718-4674.

Best,
**David A Martinez**
*General Manager*
*Five Star Tax Service*
david@fivestartaxservice.com
(877)383-5827 Ext 800



Zak <zak@gatewaytaxservice.com>
To: David A Martinez <david@fivestartaxservice.com>
Cc: Plover <plover@gatewaytaxservice.com>, Hanwei Cheng <hcheng@chenglawfirm.com>

Wed, Mar 20, 2019 at 6:45 PM

8/14/2021                                    Five Star Tax Service Mail - Tax Return Document - Form 1099

David,

The 1099 you received for consulting at GTS Franchising LLC for 2018 is accurate based on records reviewed.

Best,

Zak -
[Quoted text hidden]

---

**David A Martinez** <david@fivestartaxservice.com>                    Wed, Mar 20, 2019 at 7:08 PM
To: Zak <zak@gatewaytaxservice.com>
Cc: Plover <plover@gatewaytaxservice.com>, Hanwei Cheng <hcheng@chenglawfirm.com>

Hello Zak,

Thank you for your prompt response.
Is it possible you can provide me a breakdown of how you or GTS Franchising came to this figure? I just want to reconcile with my records to ensure i file an accurate return.
Thank you once again.

Best,
**David A Martinez**
*General Manager*
*Five Star Tax Service*
david@fivestartaxservice.com
(877)383-5827 Ext 800

## Quoted Text Discovery #2 -2/21

03/2019 - 06/2019

[Quoted text hidden]

---

**Zak** <zak@gatewaytaxservice.com>                                    Wed, Mar 20, 2019 at 7:35 PM
To: David A Martinez <david@fivestartaxservice.com>
Cc: Plover <plover@gatewaytaxservice.com>, Hanwei Cheng <hcheng@chenglawfirm.com>

David,

As much as like to help I would feel more comfortable if these types of requests are made through the attorneys because of the _pending litigation_ between you and GTS Franchising LLC. If you can have your attorney ask our attorney for details of docs, then we can determine exactly what type of information and documents are needed and respond accordingly.

Zak -

Five Star Tax Service Mail - Tax Return Document - Form 1099

[Quoted text hidden]

**David A Martinez** <david@fivestartaxservice.com>                                           Wed, Mar 20, 2019 at 7:51 PM
To: Zak <zak@gatewaytaxservice.com>
Cc: Plover <plover@gatewaytaxservice.com>, Hanwei Cheng <hcheng@chenglawfirm.com>
Bcc: "Collins, Robert" <Robert.Collins@lewisbrisbois.com>

Hello Zak,

I understand. However, after consulting with the IRS, i do not believe our pending litigation should have anything to do with me requesting information about compensation reported for services i provided to your firm. The IRS did indicate this was the proper procedure i had to take in order to resolve this.

Therefore, since you would not like for me to communicate with you directly I have CC my attorney and will do as you requested.

Thank you.

Best,
**David A Martinez**
*General Manager*
*Five Star Tax Service*
david@fivestartaxservice.com
(877)383-5827 Ext 800



[Quoted text hidden]

**David A Martinez** <david@fivestartaxservice.com>                                           Mon, Jun 10, 2019 at 10:04 AM
To: Anelia.Murray@hiscox.com

Hello Anelia,

Here is the first thread of communication ive had with GTS over the 1099 Form i received from them. You can see they clearly indicated my position as a consultant. I was there tax course instructor for 2 years. The only reason why i was appointed as there tax course instructor was because i was a former Teacher Assistant at ICDC College. There I gained teaching skills from the Accounting Instructor and had gained professional experience working with H&R Block.

I have also attached my last pay stub from H&R Block  from when I worked in the Corporate Expat Tax Adviser Sector in Santa Ana. GTS Contacted me in 2016 requesting me to return to GTS but i only returned as an individual contractor in 2016. Prior to 2016 i actually was a w2 employee with GTS in 2014 & 2015 . So this should go to show i am been bullied for choosing not to work for them. I did not steal any client list or any trade secrets. I have been a tax professional since 2013 when I received my tax licensing from ICDC College.

The only reason why they are alleging i formed a company was because i chose to go from doing income tax as David M (solo) to DBA Five Star Tax Service. I

simply wanted to be more professional and try something more civilized.

However, the truth to why i chose to decline to provide them services was due to the fact that i first handlly experienced GTS doing fraud and forging documents when the IRS performed a Company Audit. I am a good person and i couldn't risk my career and my hard work for individuals that where capable of doing such acts.

Therefore, I can supply any requested information you guys need. But as a fellow dreamer i simply have been seeking my dream and have been working independently. To prove this I offer a wide range of services that GTS does not even offer or advertise in there ads/website.

Best,

# David A Martinez

*Chief Executive Officer*
Five Star Tax Service
(877)383-5827 Ext 800

[Quoted text hidden]

**2 attachments**



**BlockPaystub.jpg**
357K



**Form1099_GTS.pdf**
776K

**David A Martinez** <david@fivestartaxservice.com>
To: Sharonn Davis <sharonn@fivestartaxservice.com>

Tue, Jun 11, 2019 at 6:22 PM

Here is my response to what Hiscox requested a few days ago. This is an attempt to prove my case and strength Hiscox position in this matter.

Hope you understand.

8/14/2021

Five Star Tax Service Mail - Tax Return Document - Form 1099

Best,



# David A Martinez
**Chief Executive Officer**
*Five Star Tax Service*
1(877)383-5827 Ext 800
fivestartaxservice.com

[Quoted text hidden]

**2 attachments**



**BlockPaystub.jpg**
357K

**Form1099_GTS.pdf**
776K